AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| HANOVER PREST-PAVING COMPANY d/b/a HANOVER ARCHITECTURAL PRODUCTS<br><br>*Plaintiff(s)*<br>v.<br>KELCO CONSTRUCTION, INC. and TWO TREES MANAGEMENT CO. LLC,<br><br>*Defendant(s)* | Civil Action No. 19-cv-2106  PKC-RML |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kelco Construction, Inc.
　　　　　　　　　　　　　　　　　25 Newton Place
　　　　　　　　　　　　　　　　　Hauppauge, NY 11788

　　　　　　　　　　　　　　　　　Two Trees Management Co. LLC
　　　　　　　　　　　　　　　　　45 Main Street, 12th Floor
　　　　　　　　　　　　　　　　　Brooklyn, NY 11201

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　　　　　　　　　　　　Gary M. Fellner, Esq.
　　　　　　　　　　　　　　　　　Porzio, Bromberg & Newman, P.C.
　　　　　　　　　　　　　　　　　156 West 56th Street, Suite 803
　　　　　　　　　　　　　　　　　New York, NY 10019

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



　　　　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:  4/15/2019　　　　　　　　　　　　　　　　　　s/Kimberly Davis
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*